# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re: PETERSON, DAVID J § | Case No. 08-32352 |
| PETERSON, ORICK L § | |
| § | |
| Debtor(s) § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that <u>BRADLEY J. WALLER</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn Street
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:15am on 04/15/2011 in Courtroom 201, United States Courthouse,
Will County Court Annex Building
57 North Ottawa Street
Joliet, IL 60432.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed: 03/02/2011          By: /s/BRADLEY J. WALLER
                                              Trustee

BRADLEY J. WALLER

2045 ABERDEEN COURT
SYCAMORE, IL 60178
(815) 748-0380

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: PETERSON, DAVID J § | Case No. 08-32352 |
| PETERSON, ORICK L § | |
| § | |
| Debtor(s) § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 38,394.73 |
| *and approved disbursements of* | $ 0.00 |
| *leaving a balance on hand of* [1] | $ 38,394.73 |
| **Balance on hand:** | $ 38,394.73 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 38,394.73

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - BRADLEY J. WALLER | 4,589.47 | 0.00 | 4,589.47 |
| Trustee, Expenses - BRADLEY J. WALLER | 90.00 | 0.00 | 90.00 |

Total to be paid for chapter 7 administration expenses: $ 4,679.47
Remaining balance: $ 33,715.26

---

1 The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 33,715.26

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $88,224.79 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 5 | Illinois Department of Employment Security | 88,224.79 | 0.00 | 33,715.26 |

Total to be paid for priority claims: $ 33,715.26
Remaining balance: $ 0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 64,993.91 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 4 | Center Capital Corporation | 30,379.14 | 0.00 | 0.00 |
| 6 | DISCOVER BANK | 3,925.36 | 0.00 | 0.00 |
| 10 | Chase Bank USA NA | 30,689.41 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/BRADLEY J. WALLER
Trustee, Bradley J. Waller

BRADLEY J. WALLER

2045 ABERDEEN COURT
SYCAMORE, IL 60178
(815) 748-0380

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: mgonzalez              Page 1 of 2              Date Rcvd: Jul 01, 2009
Case: 08-32352                 Form ID: ntcftfc7            Total Noticed: 31

The following entities were noticed by first class mail on Jul 03, 2009.
db/jdb         +David J Peterson,    Orick L Peterson,    23744 W. Main,    Plainfield, IL 60544-1906
aty            +John C Renzi,    June Prodehl & Renzi LLC,     1861 Black Road,    Joliet, IL 60435-3591
tr             +Bradley J Waller,    Klein Stoddard Buck Waller & Lewis LLC,     2045 Aberdeen Court,
                 Sycamore, IL 60178-3140
12904154       +Atlantic Refinance,    P.O. Box 17594,    Portland, ME 04112-8594
12904155       +Belcorp,    120 E. Ogden Avenue,    Suite 124,    Hinsdale, IL 60521-3879
12904156       +Center Capital,    3 Farm Glen Road,    Farmington, CT 06032-1981
12945260       +Center Capital Corporation,     c/o Dennis A. Dressler,    Dressler & Peters, LLC,
                 111 W. Washington, Suite 1900,    Chicago, IL 60602-2713
12904158       +Dan McCarthy,    Conelly, McCarthy & Associates,     77 So. LaGrange Road Suite 11,
                 La Grange, IL 60525-2469
12904160        Dr. David Baron,    120 E. Ogden Avenue,    Suite 222,    Hinsdale, IL 60521-4711
12904161        Dr. James Nabzdyk,    ABC Wellness & Rehab,    3524 Caton Farm Road,    Joliet, IL 60431-1014
12904162       +Dr. Scott Divenere,    ENT Surgical Consultants,     2201 Glenwood Ave,    Joliet, IL 60435-5660
12904163       +Dressler Peters,    111 W. Washington,    Chicago, IL 60602-2703
12904165       +First American Bank,    P.O. Box 7983,    Elk Grove Village, IL 60009-7983
12904164       +First American Bank,    C/O Lebow Malecki & Tasch LLC,     1200 Jorie Blvd Suite 329,
                 Oak Brook, IL 60523-2283
12940283       +Ford Motor Credit Company LLC,     PO Box 537901,    Livonia MI 48153-7901
12904169       +Heritage Professional Group,     120 East Ogden Ave,    Suite 220,    Hinsdale, IL 60521-3886
13026606       +Illinois Department of Employment Security,     33 South State Street,
                 Chicago, Illinois 60603-2808
12904170       +Illinois Dept. of Employment Securi,    c/o D&A/Property Liens,    33 S. State Street, 10th Floor,
                 Chicago, IL 60603-2803
12904171       +Illinois Dept. of Revenue,    Banruptcy Section,    P.O. Box 64338,    Chicago, IL 60664-0338
12904174       +John Cryder,    23839 Caton Farm Road,    Plainfield, IL 60586-9210
12904175       +Melitha Kramer,    16710 S. Rte 59,    Plainfield, IL 60586-9271
12904176       +Naperville Physical Therapy,     630 E. Ogden Ave,    Naperville, IL 60563-3237
12904177       +National City Bank,    3232 Newmark Drive,    Miamisburg, OH 45342-5433
12904178       +Plainfield Signs, Inc,    23838 W. Main Street,    Plainfield, IL 60544-3153
12904179        Sonja P. Hall,    824 N. Harvey,    Chicago, IL 60632
12904180       +U.S.Small Business Adminstration,    Birmingham Disaster Loan Service,
                 801 Tom Martin Dr. Suite 120,    Birmingham, AL 35211-6424
The following entities were noticed by electronic transmission on Jul 02, 2009.
12904157       +EDI: CHASE.COM Jul 01 2009 21:38:00      Chase Card Member Services,    P.O. Box 15548,
                 Wilmington, DE 19886-5548
12904159        EDI: DISCOVER.COM Jul 01 2009 21:38:00      Discover Platinum,    P.O. Box 15192,
                 Wilmington, DE 19850
12904167       +EDI: FORD.COM Jul 01 2009 21:38:00      Ford Motor Credit,    P.O. Box 105697,
                 Atlanta, GA 30348-5697
12904166       +EDI: FORD.COM Jul 01 2009 21:38:00      Ford Motor Credit,    P.O. Boz 105697,
                 Atlanta, GA 30348-5697
12904172        EDI: IRS.COM Jul 01 2009 21:38:00      Internal Revenue Service,    P.O. Box 21126,
                 Philadelphia, PA 19114
                                                                                               TOTAL: 5

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
12904168        Gerry Kusiolek,    former business partner)
12904173*      ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
                 PHILADELPHIA PA 19114-0326
                (address filed with court: Internal Revenue Service,    P.O. Box 21126,    Philadelphia, PA 19114)
                                                                                               TOTALS: 1, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0752-1           User: mgonzalez           Page 2 of 2           Date Rcvd: Jul 01, 2009
Case: 08-32352                 Form ID: ntcftfc7         Total Noticed: 31
```

***** BYPASSED RECIPIENTS (continued) *****

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 03, 2009            Signature:    *Joseph Speetjens*