# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re: PETERSON, DAVID J  
       PETERSON, ORICK L

Case No. 08-32352

Chapter 7

Debtors,

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BRADLEY J. WALLER, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $622,330.00  
*(without deducting any secured claims)*

Assets Exempt: $0.00

Total Distribution to Claimants: $33,715.26

Claims Discharged Without Payment: $64,993.91

Total Expenses of Administration: $4,679.47

---

3) Total gross receipts of $ 38,394.73 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $38,394.73 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

| | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $394,928.09 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 4,679.47 | 4,679.47 | 4,679.47 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 88,224.79 | 88,224.79 | 33,715.26 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 64,993.91 | 64,993.91 | 0.00 |
| **TOTAL DISBURSEMENTS** | $0.00 | $552,826.26 | $157,898.17 | $38,394.73 |

4) This case was originally filed under Chapter 7 on November 25, 2008. The case was pending for 31 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/15/2011         By: /s/BRADLEY J. WALLER
                                            Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 — GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| TAX REFUNDS | 1224-000 | 38,375.86 |
| Interest Income | 1270-000 | 18.87 |
| **TOTAL GROSS RECEIPTS** | | **$38,394.73** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 — FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 — SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Ford Motor Credit Company LLC | 4300-000 | N/A | 6,757.45 | 0.00 | 0.00 |
| 2 | Ford Motor Credit Company LLC | 4300-000 | N/A | 5,478.79 | 0.00 | 0.00 |
| 3 | First American Bank | 4300-000 | N/A | 106,538.77 | 0.00 | 0.00 |
| 7 | First American Bank | 4300-000 | N/A | 274,919.99 | 0.00 | 0.00 |
| 9 | U S Small Business Administration | 4300-000 | N/A | 1,233.09 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$394,928.09** | **$0.00** | **$0.00** |

## EXHIBIT 4 —CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BRADLEY J. WALLER | 2100-000 | N/A | 4,589.47 | 4,589.47 | 4,589.47 |
| BRADLEY J. WALLER | 2200-000 | N/A | 90.00 | 90.00 | 90.00 |
| John C. Renzi | 3210-000 | N/A | 0.00 | 0.00 | 0.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 4,679.47 | 4,679.47 | 4,679.47 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 5 | Illinois Department of Employment Security | 5800-000 | N/A | 88,224.79 | 88,224.79 | 33,715.26 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 88,224.79 | 88,224.79 | 33,715.26 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4 | Center Capital Corporation | 7100-000 | N/A | 30,379.14 | 30,379.14 | 0.00 |
| 6 | DISCOVER BANK | 7100-000 | N/A | 3,925.36 | 3,925.36 | 0.00 |
| 8 | Internal Revenue Service | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 8 -2 | Internal Revenue Service | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 8 -3 | Internal Revenue Service | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 10 | Chase Bank USA NA | 7100-000 | N/A | 30,689.41 | 30,689.41 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| TOTAL GENERAL UNSECURED CLAIMS | 0.00 | 64,993.91 | 64,993.91 | 0.00 |
|---|---|---|---|---|

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 08-32352  
**Case Name:** PETERSON, DAVID J  
PETERSON, ORICK L  
**Period Ending:** 07/15/11

**Trustee:** (330500) BRADLEY J. WALLER  
**Filed (f) or Converted (c):** 11/25/08 (f)  
**§341(a) Meeting Date:** 12/22/08  
**Claims Bar Date:** 10/01/09

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Single family residence (joint) located at 23744 | 400,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Income Property located at 23760, Plainfield, IL | 180,000.00 | 0.00 | DA | 0.00 | FA |
| 3 | Cash | 50.00 | 50.00 | DA | 0.00 | FA |
| 4 | First American Bank (checking) | 350.00 | 350.00 | DA | 0.00 | FA |
| 5 | First DuPage Bank (CD)(liened to Belcorp) | 25,000.00 | 25,000.00 | DA | 0.00 | FA |
| 6 | First Midwest Bank (wife) | 105.00 | 105.00 | DA | 0.00 | FA |
| 7 | 9 rooms of furniture and appliances averaging in | 950.00 | 950.00 | DA | 0.00 | FA |
| 8 | Misc. books | 175.00 | 175.00 | DA | 0.00 | FA |
| 9 | Necessary wearing apparel | 325.00 | 325.00 | DA | 0.00 | FA |
| 10 | wedding bands | 125.00 | 125.00 | DA | 0.00 | FA |
| 11 | Misc. exercise equipment | 50.00 | 50.00 | DA | 0.00 | FA |
| 12 | Nordic Track | 100.00 | 100.00 | DA | 0.00 | FA |
| 13 | 2005 Taurus (f.l.) | 4,500.00 | 4,500.00 | DA | 0.00 | FA |
| 14 | 2004 Dodge Neon (f.l.) | 4,000.00 | 4,000.00 | DA | 0.00 | FA |
| 15 | 1990 Toyota (125,000 miles) | 2,350.00 | 2,350.00 | DA | 0.00 | FA |
| 16 | piano | 2,000.00 | 2,000.00 | DA | 0.00 | FA |
| 17 | computer | 150.00 | 150.00 | DA | 0.00 | FA |
| 18 | laptop | 350.00 | 350.00 | DA | 0.00 | FA |
| 19 | woven carpets | 1,750.00 | 1,750.00 | DA | 0.00 | FA |
| 20 | TAX REFUNDS  (u) | 0.00 | 27,982.85 | | 38,375.86 | 0.00 |
| Int | INTEREST  (u) | Unknown | N/A | | 18.87 | FA |
| 21 | Assets    Totals (Excluding unknown values) | **$622,330.00** | **$70,312.85** | | **$38,394.73** | **$0.00** |

**Major Activities Affecting Case Closing:**

Printed: 07/15/2011 01:56 PM     V.12.57

Exhibit 8

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 08-32352  
**Case Name:** PETERSON, DAVID J  
  PETERSON, ORICK L  
**Period Ending:** 07/15/11

**Trustee:** (330500)   BRADLEY J. WALLER  
**Filed (f) or Converted (c):** 11/25/08 (f)  
**§341(a) Meeting Date:** 12/22/08  
**Claims Bar Date:** 10/01/09

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):**   December 31, 2010       **Current Projected Date Of Final Report (TFR):**   March 25, 2011 (Actual)

Case 08-32352    Doc 66    Filed 07/15/11    Entered 07/15/11 14:41:30    Desc Main
Document      Page 8 of 10

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 08-32352  
**Case Name:** PETERSON, DAVID J  
PETERSON, ORICK L  
**Taxpayer ID #:** **-***0295  
**Period Ending:** 07/15/11

**Trustee:** BRADLEY J. WALLER (330500)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****97-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans. Date | 2<br>{Ref #} / Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 10/13/09 | {20} | June Prodehl & Renzi Law Offices | per court order of 09/25/2009 | 1224-000 | 27,982.85 | | 27,982.85 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.60 | | 27,983.45 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.17 | | 27,984.62 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.17 | | 27,985.79 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.10 | | 27,986.89 |
| 02/03/10 | {20} | United States Treasury | Tax Refund | 1224-000 | 8,491.00 | | 36,477.89 |
| 02/03/10 | {20} | Daniel W. Hynes | Tax Refund | 1224-000 | 628.00 | | 37,105.89 |
| 02/03/10 | {20} | Daniel W. Hynes | Tax Refund | 1224-000 | 1,171.75 | | 38,277.64 |
| 02/03/10 | {20} | Daniel W. Hynes | Tax Refund | 1224-000 | 102.26 | | 38,379.90 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.37 | | 38,381.27 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.72 | | 38,382.99 |
| 04/06/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.26 | | 38,383.25 |
| 04/06/10 | | Wire out to BNYM account 9200******9765 | Wire out to BNYM account 9200******9765 | 9999-000 | -38,383.25 | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | -38,383.25 | 0.00 | |
| | | | **Subtotal** | | 38,383.25 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$38,383.25** | **$0.00** | |

{} Asset reference(s)

Printed: 07/15/2011 01:56 PM    V.12.57

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 08-32352  
**Case Name:** PETERSON, DAVID J  
PETERSON, ORICK L  
**Taxpayer ID #:** **-***0295  
**Period Ending:** 07/15/11

**Trustee:** BRADLEY J. WALLER (330500)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******97-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********9765 | Wire in from JPMorgan Chase Bank, N.A. account ********9765 | 9999-000 | 38,383.25 | | 38,383.25 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 1.84 | | 38,385.09 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 2.28 | | 38,387.37 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 2.21 | | 38,389.58 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 2.28 | | 38,391.86 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 2.27 | | 38,394.13 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.31 | | 38,394.44 |
| 10/27/10 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.29 | | 38,394.73 |
| 10/27/10 | | To Account #9200******9766 | | 9999-000 | | 38,394.73 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 38,394.73 | 38,394.73 | $0.00 |
| | | | Less: Bank Transfers | | 38,383.25 | 38,394.73 | |
| | | | **Subtotal** | | 11.48 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$11.48** | **$0.00** | |

{} Asset reference(s)

Printed: 07/15/2011 01:56 PM   V.12.57

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 08-32352  
**Case Name:** PETERSON, DAVID J  
PETERSON, ORICK L  
**Taxpayer ID #:** **-***0295  
**Period Ending:** 07/15/11  

**Trustee:** BRADLEY J. WALLER (330500)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******97-66 - Checking Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/27/10 | | From Account #9200******9765 | | 9999-000 | 38,394.73 | | 38,394.73 |
| 04/15/11 | 101 | BRADLEY J. WALLER | Dividend paid 100.00% on $90.00, Trustee Expenses;  Reference: | 2200-000 | | 90.00 | 38,304.73 |
| 04/15/11 | 102 | BRADLEY J. WALLER | Dividend paid 100.00% on $4,589.47, Trustee Compensation;  Reference: | 2100-000 | | 4,589.47 | 33,715.26 |
| 04/15/11 | 103 | Illinois Department of Employment Security | Dividend paid  38.21% on $88,224.79; Claim# 5; Filed: $88,224.79; Reference: | 5800-000 | | 33,715.26 | 0.00 |
| | | | **ACCOUNT TOTALS** | | **38,394.73** | **38,394.73** | **$0.00** |
| | | | Less: Bank Transfers | | 38,394.73 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **38,394.73** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$38,394.73** | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **MMA # ***-*****97-65** | 38,383.25 | 0.00 | 0.00 |
| **MMA # 9200-******97-65** | 11.48 | 0.00 | 0.00 |
| **Checking # 9200-******97-66** | 0.00 | 38,394.73 | 0.00 |
| | **$38,394.73** | **$38,394.73** | **$0.00** |

{} Asset reference(s)

Printed: 07/15/2011 01:56 PM     V.12.57